IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STANLEY TURNER NORTON
ADC # 99798                                                                                            PLAINTIFF

v.                          No. 5:13-cv-153-DPM

RAY HOBBS, Director, ADC
and JOHN FELTS, Chairman,
Arkansas Post Prison Transfer Board            DEFENDANTS

## JUDGMENT

Norton's federal claims are dismissed with prejudice; his state claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 July 2013