IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STANLEY TURNER NORTON
ADC # 99798                                                              PLAINTIFF

v.                        No. 5:13-cv-153-DPM

RAY HOBBS, Director, ADC
and JOHN FELTS, Chairman,
Arkansas Post Prison Transfer Board                    DEFENDANTS

## JUDGMENT

Norton's federal claims are dismissed with prejudice; his state claims are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

                                                           _____
                                                           D.P. Marshall Jr.
                                                           United States District Judge

                                                           18 July 2013